168th District Court

# Case Summary
## Case No. 2015DCV0037

Omar Hernandez and Ivan Valdiviezo
VS
Minn Logistics and Clarence Guy

§
§
§
§

Location: **168th District Court**
Judicial Officer: **Lizarraga, Marcos**
Filed on: **01/07/2015**

---

## Case Information

Case Type: **Injury or Damage - Motor Vehicle**

| Date | Case Assignment |
|---|---|
| | **Current Case Assignment** |
| | Case Number        2015DCV0037 |
| | Court              168th District Court |
| | Date Assigned      01/07/2015 |
| | Judicial Officer   Lizarraga, Marcos |

---

## Party Information

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | HERNANDEZ, OMAR | **GAITAN, ELOY** |
| | | *Retained* |
| | | 713-230-2200(W) |
| | VALDIVIEZO, IVAN GERARDO | **GAITAN, ELOY** |
| | | *Retained* |
| | | 713-230-2200(W) |
| **Defendant** | GUY, CLARENCE | |
| | MINN LOGISTICS, INC | |

---

| Date | Events & Orders of the Court | Index |
|---|---|---|
| | **EVENTS** | |
| 01/07/2015 | Original Petition (OCA) | |
| 01/07/2015 | E-File Event Original Filing  *Plaintiffs' Original Petition* | |
| 02/03/2015 | Letter  DATED: 01.29.15 (CITATION INSTRUCTIONS)/ FROM: DEBBIE BOWYER, LEGAL SECRETARY TO JIM HAR & ELOY GAITAN/ EM | |
| 02/26/2015 | Other Pleading | |
| 03/04/2015 | Other Pleading | |
| | **SERVICE** | |
| 02/09/2015 | Citation  MINN LOGISTICS, INC  Unserved  GUY, CLARENCE  Unserved  *MLD BACK TO ATT ELOY GAITAN IN SASE ON 02.09.15/ EM* | |

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk

PAGE 1 OF 2               By_____ Deputy         Printed on 03/13/2015 at 9:12 AM

## 168TH DISTRICT COURT
# CASE SUMMARY
## CASE NO. 2015DCV0037

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** HERNANDEZ, OMAR | |
| | Total Charges | 338.00 |
| | Total Payments and Credits | 338.00 |
| | **Balance Due as of 3/13/2015** | **0.00** |



El Paso County - 168th District Court

Filed 1/7/2015 8:49:33 AM
Norma L. Favela
District Clerk
El Paso County
2015DCV0037

CAUSE NO _____

| | | |
|---|---|---|
| OMMAR HERNANDEZ AND<br>IVAN GERARDO VALDIVIEZO<br>    Plaintiffs, | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | EL PASO COUNTY, T E X A S |
| MINN LOGISTICS, INC., AND<br>CLARENCE GUY<br>    Defendants, | §<br>§<br>§ | _____ JUDICIAL DISTRICT |

### PLAINTIFFS' ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, OMAR HERNANDEZ and IVAN GERARDO VALDIVIEZO, hereinafter called Plaintiffs, complaining of and about MINN LOGISTICS, INC. and CLARENCE GUY, hereinafter called Defendants', and for cause of action shows unto the Honorable Court the following:

### I.   PARTIES AND SERVICE

1. Plaintiffs, OMAR HERNANDEZ and IVAN GERARDO VALDIVIEZO are residents of El Paso, Texas.

2. Defendant CLARENCE GUY is a resident of Apple Valley, California. Defendant may be served with process at 14050 Mohawk, Apple Valley, California 92307.

3. Defendant MINN LOGISTICS, INC. is a Minnesota Corporation and may be served with process through its registered agent's office at 2817 Anthony Lane S, Ste 211, Minneapolis, Minnesota 55418.



## II. JURISDICTION AND VENUE

4. The subject matter in controversy is within the jurisdictional limits of this Court.

5. This Court has jurisdiction over the parties because Plaintiffs, OMAR HERNANDEZ and IVAN GERARDO VALDIVIEZO are Texas residents.

6. Plaintiffs' believe in the right of the jury to freely consider any amount of damages warranted by the evidence, and trusts the jury to reach a fair decision. However, to comply with Texas Rules of Civil Procedure 47 requiring a party to plead a category of monetary relief sought, the Plaintiffs seek monetary relief more than $1,000,000.00

7. Venue is proper in El Paso County, Texas pursuant to Section 15.002 of the Texas Civil Practice & Remedies Code as all of the events or omissions giving rise to the claims occurred in El Paso County, Texas.

## III. DISCOVERY

8. Plaintiffs intend discovery in this case to be conducted under the provisions of Texas Rules of Civil Procedure 190.4 (Level 3).

## IV. FACTS

9. On September 8, 2014, Plaintiffs were driving eastbound on Interstate Highway 10 on the right lane in a 2012 Volvo tractor with an attached 2010 utility trailer. While in the course and scope of his employment with Defendant MINN LOGISTICS, INC., Defendant CLARENCE GUY was driving ahead of the Plaintiffs on the right, eastbound lane on Interstate Highway 10 in a 2015 Tractor Trailer with an attached 2001 Dorsey trailer. The Tractor Trailer was owned by Defendant MINN LOGISTICS, INC. Defendant CLARENCE GUY pulled over to the improved shoulder of IH-10 to check on equipment. While merging back onto the highway, Defendant CLARENCE GUY failed to yield the right of way to the oncoming traffic.

and was struck from behind when CLARENCE GUY's vehicle attempted to merge without proper clearance. The front end of the vehicle driven by Plaintiffs struck the back end of Defendant CLARENCE GUY's vehicle.

10. Plaintiffs suffered severe and debilitating injuries due to Defendant CLARENCE GUY's failure to yield right of way and failure to maintain a proper look out while changing lanes. Specifically, Plaintiff OMAR HERNANDEZ suffered injuries to his lower back, abdomen, pelvis, knee, clavicle, sprains and strain of shoulder and upper arm, and an open wound on his head. Specifically, Plaintiff IVAN GERARDO VALDIVIEZO suffered injuries to his right shoulder, neck and lower back.

## V.   PLAINTIFFS' CLAIM OF NEGLIGENCE

11. Defendants had a duty to exercise the degree of care that a reasonably careful person and/or entity would use to avoid harm to others under circumstances similar to those described herein.

12. Plaintiffs' injuries were proximately caused by Defendants' negligent, careless and reckless disregard of said duty.

13. The negligent, careless and reckless disregard of duty of Defendant CLARENCE GUY consisted of, but is not limited to, the following acts and omissions:

   a. In that Defendant CLARENCE GUY failed to keep a proper look out for Plaintiffs' safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

   b. In that Defendant CLARENCE GUY failed to keep a proper and safe distance away from the Plaintiffs' vehicle as Defendant was merging onto traffic, as a person using ordinary and prudent care would have done;

c. In that Defendant CLARENCE GUY failed to change lanes, merging into traffic in a safe manner, in violation of Tex. Transp. Code § 545.060(a)(2);

d. In that Defendant CLARENCE GUY failed to maintain control of the vehicle as a person of ordinary prudence would have maintained under the same or similar circumstances;

e. In that Defendant CLARENCE GUY failed to take proper evasive action;

14. Defendant MINN LOGISTICS, INC. was negligent under the principle of respondeat superior.

15. The negligent, careless and reckless disregard of duty of Defendant MINN LOGISTICS, INC. consisted of, but is not limited to, the following acts and omissions:

a. Failing to provide adequate supervision and driver training;

b. Failing to establish and enforce rules to ensure its drivers were able to perform their duties in a reasonably safe manner; and

c. Failing to ensure that Defendant CLARENCE GUY was qualified, certified and adequately trained.

## VI. DAMAGES

16. As a direct and proximate result of the occurrence that makes the basis of this lawsuit, Plaintiffs OMAR HERNANDEZ and IVAN GERARDO VALDIVIEZO were caused to suffer serious bodily and mental functions and issues, and to incur the following damages:

a. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiffs OMAR HERNANDEZ and IVAN GERARDO VALDIVIEZO for the necessary care and treatment of the injuries resulting from the accident claimed of herein and such charges

are reasonable and were usual and customary charges for such services in El Paso County, Texas;

    b.    Reasonable and necessary medical care and expenses which will be in all reasonable probability be incurred in the future;

    c.    Physical pain and suffering in the past;

    d.    Physical pain and suffering in the future;

    e.    Physical impairment in the past;

    f.    Physical impairment which, in all reasonable probability, will be suffered in the future;

    g.    Loss of earnings in the past;

    h.    Loss of earning capacity which will, in all reasonable probability, be incurred in the future;

    i.    Loss of Household services in the past;

    j.    Loss of Household services in the future;

    k.    Disfigurement in the future;

    l.    Mental anguish in the past;

    m.    Mental anguish in the future;

    n.    Fear of future disease or condition; and

    o.    Cost of medical monitoring and prevention in the future.

### VII.   JURY DEMAND

17.   Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiffs respectfully request and demand a trial by jury and tenders the appropriate fee with this petition.

## VIII.  PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs OMAR HERNANDEZ and IVAN GERARDO VALDIVIEZO, respectfully pray that Defendants be cited to appear and answer herein, and that upon a final hearing hereof, that Plaintiffs recover damages in accordance with the evidence, that Plaintiffs recover cost of court herein expended, that Plaintiffs recover interest to which Plaintiffs are justly entitled under the law, and for such other further relief, both general and special, both in law and in equity, to which Plaintiffs may be justly entitled.

Respectfully submitted,

**WILLIAMS KHERKHER HART BOUNDAS, LLP**

By: _____
**JIM HART**
State Bar No. 09147400
**ELOY GAITAN**
State Bar No. 00790730
8441 Gulf Freeway, Suite 60
Houston, Texas 77017
(713) 230-2200 Telephone
(713) 643-6226 Facsimile
PIDept@williamskherkher.com  - email

**ATTORNEYS FOR PLAINTIFFS**

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy



MAR 1 3 2015

# WILLIAMS ♦ KHERKHER

**ELOY GAITÁN**
Attorney at Law
Board Certified Workers' Compensation Law
Texas Board of Legal Specialization

Direct 713-230-2326
egaitan@williamskherkher.com

OF COUNSEL
Ned Barnett
Robert C. Kuehm

January 29, 2015

Norma L. Favela
El Paso County District Clerk
500 E. San Antonio
Suite 103
El Paso, Texas 79901

**RE:** Cause No. 2015DCV0037; *Ommar Hernandez and Ivan Gerardo Valdiviezo v. Minn Logistics, Inc. And Clarence Guy*; In the 168th Judicial District Court of El Paso County, Texas

Dear Ms. Favela:

Enclosed please find two (2) copies of the file-stamped petition to be attached to the citations we have previously requested to be served on the Defendants in the above entitled and numbered cause.

Please return the prepared citations to this office. We have enclosed a self-addressed, stamped envelope for your convenience.

If you have any questions, or require any additional information, please contact me at (713) 230-2317. Thank you for your courtesy and cooperation in this matter.

Sincerely,

**WILLIAMS KHERKHER HART & BOUNDAS, LLP**

*Debbie Bowyer*

Debbie Bowyer
Legal Secretary to Jim Hart & Eloy Gaitan

Enclosure(s) - as stated

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____ Deputy

---

Williams Kherkher Hart Boundas, LLP   ♦   8441 Gulf Freeway, Suite 600   ♦   Houston, Texas 77017-5031
713-230-2200   ♦   1-800-220-9341   ♦   Fax 713-643-6226   ♦   williamskherkher.com



MAR 1 3 2015

863-CITATION-NON-RESIDENT NOTICE—Either Court—Class 3 (Rev. 1-88)

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **MINN LOGISTICS, INC.**, who may be served with process through its registered agent's office at **2817 ANTHONY LANE S, STE. 211 MINNEAPOLIS, MN 55418**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **168th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Original Petition was filed in said court on this the 7th day of January, 2015, by Attorney at Law, ELOY GAITAN, 8441 GULF FREEWAY, SUITE 60 HOUSTON, TX 77017, in this case numbered **2015DCV0037** on the docket of said court, and styled:

**OMAR HERNANDEZ AND IVAN GERARDO VALDIVIEZO vs. MINN LOGISTICS, INC. AND CLARENCE GUY**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 9th day of February, 2015.

CLERK OF THE COURT
NORMA L. FAVELA, District Clerk
COUNTY COURTHOUSE, ROOM 103
500 E. SAN ANTONIO
EL PASO, TEXAS 79

(SEAL)

Attest: NORMA L. FAVELA District Clerk
El Paso County, Texas

By _____
Edith Miledi

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By _____

MAR 1 3 2015

**RETURN**

STATE OF _____
COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared _____
(Name of person who makes the service)
a person competent to make oath, who, being by me duly sworn, deposes and says that this notice came to hand on _____ day of _____, A.D., 20\_\_\_\_, at \_\_\_\_\_ o'clock, \_\_\_M., and was executed by delivering each of the hereinafter named Defendants in person a true copy of this notice, together with accompanying copy of Plaintiff's Original Petition (OCA) attached thereto, at the following times and places, to wit:

| NAME | DATE | TIME | Place, and Course and Distance | Mileage |
|------|------|------|-------------------------------|---------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

And not executed as to the following Defendant, _____
and affiant further says that he is in no manner interested in this suit, and that on each of the notices served upon each of the Defendants served, he endorsed the day and hour when service was made.

_____

(Affiant Sign Here)
SUBSCRIBED and SWORN TO before me this \_\_\_\_\_
day of _____A.D., 20_____
FEES—SERVING \_\_\_\_ cop \_\_\_\_\_ $ _____

File No. _____

Mileage, _____ miles, _____
Total ........................$ _____

in the County Court No. _____

Notary Public_____ County,
State of _____

_____ District Court

of El Paso County, Texas

_____
_____

vs.

_____
_____



863-CITATION-NON-RESIDENT NOTICE—Either Court—Class 3 (Rev. 1-88)

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **CLARENCE GUY**, who may be served with process at **14050 MOHAWK, APPLE VALLEY, CALIFORNIA 92307**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **168th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Original Petition was filed in said court on this the 7th day of January, 2015, by Attorney at Law, ELOY GAITAN, 8441 GULF FREEWAY, SUITE 60 HOUSTON, TX 77017, in this case numbered **2015DCV0037** on the docket of said court, and styled:

**OMAR HERNANDEZ AND IVAN GERARDO VALDIVIEZO vs. MINN LOGISTICS, INC. AND CLARENCE GUY**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 9th day of February, 2015.

CLERK OF THE COURT
NORMA L. FAVELA, District Clerk
COUNTY COURTHOUSE, ROOM
500 E. SAN ANTONIO
EL PASO, TEXAS 79901

Attest: _NORMA L. FAVELA_ District Clerk
El Paso County, Texas
By _____
Edith Miledi

(SEAL)

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____ Deputy

**RETURN**

STATE OF _____

COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared _____
(Name of person who makes the service)
a person competent to make oath, who, being by me duly sworn, deposes and says that this notice came to hand on _____ day of _____, A.D., 20____, at _____ o'clock, ___M., and was executed by delivering each of the hereinafter named Defendants in person a true copy of this notice, together with accompanying copy of Plaintiff's Original Petition (OCA) attached thereto, at the following times and places, to wit:

| NAME | DATE | TIME | Place, and Course and Distance | Mileage |
|------|------|------|-------------------------------|---------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

And not executed as to the following Defendant, _____
and affiant further says that he is in no manner interested in this suit, and that on each of the notices served upon each of the Defendants served, he endorsed the day and hour when service was made.

File No. _____

in the County Court No. _____

_____ District Court

of El Paso County, Texas

_____

_____

VS.

_____

_____

(Affiant Sign Here)
SUBSCRIBED and SWORN TO before me this _____
day of _____ A.D., 20_____
FEES—SERVING ____ cop ____ $ _____
Mileage, _____ miles, _____
Total .......................... $ _____
Notary Public_____ County,
State of _____



El Paso County - 168th District Court

863-CITATION-NON-RESIDENT NOTICE—Either Court—Class 3 (Rev. 1-88)

Filed 2/26/2015 1:35:52 PM
Norma L. Favela
District Clerk
El Paso County
2015DCV0037

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **MINN LOGISTICS, INC.**, who may be served with process through its registered agent's office at **2817 ANTHONY LANE S, STE. 211 MINNEAPOLIS, MN 55418**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **168th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Original Petition was filed in said court on this the 7th day of January, 2015, by Attorney at Law, ELOY GAITAN, 8441 GULF FREEWAY, SUITE 60 HOUSTON, TX 77017, in this case numbered **2015DCV0037** on the docket of said court, and styled:

**OMAR HERNANDEZ AND IVAN GERARDO VALDIVIEZO vs. MINN LOGISTICS, INC. AND CLARENCE GUY**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 9th day of February, 2015.

CLERK OF THE COURT
NORMA L. FAVELA, District Clerk
COUNTY COURTHOUSE, ROOM 103
500 E. SAN ANTONIO
EL PASO, TEXAS 79901

(SEAL)

Attest: _____ NORMA L. FAVELA _____ District Clerk
El Paso County, Texas
By _____
Edith Miledi

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____
Deputy

MAR 1 2 2015

**RETURN**

STATE OF _____

COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared _____
(Name of person who makes the service)
a person competent to make oath, who, being by me duly sworn, deposes and says that this notice came to hand on _____ day of _____, A.D., 20\_\_\_\_, at \_\_\_\_\_o'clock, \_\_\_M., and was executed by delivering each of the hereinafter named Defendants in person a true copy of this notice, together with accompanying copy of Plaintiff's Original Petition (OCA) attached thereto, at the following times and places, to wit:

| NAME | DATE | TIME | Place, and Course and Distance | Mileage |
|------|------|------|--------------------------------|---------|
|      |      |      |                                |         |
|      |      |      |                                |         |
|      |      |      |                                |         |
|      |      |      |                                |         |

And not executed as to the following Defendant, _____

and affiant further says that he is in no manner interested in this suit, and that on each of the notices served upon each of the Defendants served, he endorsed the day and hour when service was made.

**AFFIDAVIT ATTACHED**

(Affiant Sign Here)
SUBSCRIBED and SWORN TO before me this \_\_\_\_\_
day of _____ A.D., 20_____

FEES—SERVING \_\_\_\_ cop \_\_\_\_\_ $ _____

Mileage, _____ miles, _____

Total ........................$ _____

Notary Public_____County,

State of _____

File No. _____

in the County Court No. _____

_____ District Court

of El Paso County, Texas

vs.



CAUSE NUMBER: 2015-DCV-0037

OMMAR HERNANDEZ, ET AL.
PLAINTIFF

IN THE DISTRICT COURT
EL PASO COUNTY, TEXAS
168TH JUDICIAL DISTRICT

VS.

MINN LOGOSTICS, INC., ET AL.
DEFENDANT

## AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, on this day _Neil Hanson_ (server), personally appeared and stated under oath as follows:

1. My name is _Neil Hanson_ (server). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: _330 2nd Ave S., Minneapolis MN_
**(SERVERS ADDRESS)**

2. ON _2-23-15_ (DATE) AT _4:30_ (P) M (TIME) **CITATION WITH PLAINTIFF'S ORIGINAL PETITION** came to hand for delivery to **MINN LOGISTICS, INC., BY SERVING THROUGH ITS REGISTERED AGENTS OFFICE.**

3. ON _2-24-15_ (DATE) AT _2:46_ (P) M (TIME) The above named documents were delivered to: **MINN LOGISTICS, INC., BY SERVING THROUGH ITS REGISTERED AGENTS OFFICE** by delivering to:

_Abu Muhidin, President_
**(NAME AND TITLE)** a person authorized to accept service @

_2817 Anthony Lane S. #211, Minneapolis MN_
**(ADDRESS)**, by Corporate Service, in accordance to Rule 108 TRCP.

**FURTHER AFFIANT SAYETH NOT.**

_____
**SERVER'S SIGNATURE**

_Neil Hanson_
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by _Neil Hanson_ (server) appeared on this _25th_ day of _February_, 2015 to attest witness my hand and seal of office.

DAVID HALLDORSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires
January 31, 2020

**NOTARY PUBLIC IN AND FOR THE STATE OF** _MN_

2015.02.2712



El Paso County 168th District Court

Filed 3/4/2015 11:32:57 AM
Norma L. Favela
District Clerk
El Paso County
2015DCV0037

863-CITATION-NON-RESIDENT NOTICE—Either Court—Class 3 (Rev. 1-88)

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **CLARENCE GUY**, who may be served with process at **14050 MOHAWK, APPLE VALLEY, CALIFORNIA 92307**

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **168th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Original Petition was filed in said court on this the 7th day of January, 2015, by Attorney at Law, ELOY GAITAN, 8441 GULF FREEWAY, SUITE 60 HOUSTON, TX 77017, in this case numbered **2015DCV0037** on the docket of said court, and styled:

**OMAR HERNANDEZ AND IVAN GERARDO VALDIVIEZO vs. MINN LOGISTICS, INC. AND CLARENCE GUY**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 9th day of February, 2015.

CLERK OF THE COURT
NORMA L. FAVELA, District Clerk
COUNTY COURTHOUSE, ROOM 103
500 E. SAN ANTONIO
EL PASO, TEXAS 79901

Attest: _____ NORMA L. FAVELA _____ District Clerk
El Paso County, Texas

(SEAL)    By _____
                              Edith Miledi

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

A TRUE COPY, I CERTIFY
NORMA L. FAVELA, District Clerk
By_____
                                Deputy

MAR 1 2 2015

**RETURN**

STATE OF _____
COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared _____
(Name of person who makes the service)
a person competent to make oath, who, being by me duly sworn, deposes and says that this notice came to hand on _____ day of _____, A.D., 20____, at _____ o'clock, ___M., and was executed by delivering each of the hereinafter named Defendants in person a true copy of this notice, together with accompanying copy of Plaintiff's Original Petition (OCA) attached thereto, at the following times and places, to wit:

| NAME | DATE | TIME | Place, and Course and Distance | Mileage |
|------|------|------|-------------------------------|---------|
|      |      |      |                               |         |
|      |      |      |                               |         |
|      |      |      |                               |         |

And not executed as to the following Defendant, __**AFFIDAVIT**_____
and affiant further says that he is in no manner interested in this suit, and that on each of the notices
**ATTACHED**
served upon each of the Defendants served, he endorsed the day and hour when service was made.

File No. _____

in the County Court No. _____

_____ District Court

of El Paso County, Texas

vs.

_____

(Affiant Sign Here)
SUBSCRIBED and SWORN TO before me this _____
day of _____ A.D., 20_____
FEES—SERVING ____ cop ____ $ _____
Mileage, _____ miles, _____
Total ........................... $ _____
Notary Public_____ County,
State of _____




**CAUSE NUMBER: 2015-DCV-0037**

OMMAR HERNANDEZ, ET AL.
**PLAINTIFF**

VS.

MINN LOGOSTICS, INC., ET AL.
**DEFENDANT**

IN THE DISTRICT COURT
EL PASO COUNTY, TEXAS
168TH JUDICIAL DISTRICT

### AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, on this day ___Joe H. Hasberry___ (server), personally appeared and stated under oath as follows:

1. My name is ___Joe H. Hasberry___ (server). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: ___20352 Pahute Rd   Apple Valley CA, 92308___
   **(SERVERS ADDRESS)**

2. ON __2/24/2015__ (DATE) AT __9 : 00__ (_A_) M (TIME) **CITATION WITH PLAINTIFF'S ORIGINAL PETITION** came to hand for delivery to **CLARENCE GUY**.

3. ON __2/27/2015__ (DATE) AT __9 : 15__ (_A_) M (TIME) The above named documents were delivered to: **CLARENCE GUY** @
   ___14050 Mohawk Rd   Apple Valley CA, 92307___
   **(ADDRESS)**, by Personal Service, in accordance to Rule 108 TRCP.

**FURTHER AFFIANT SAYETH NOT.**

_____
**SERVER'S SIGNATURE**

___Joe H. Hasberry___
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by _____ (server) appeared on this _____ day of _____, 2015 to attest witness my hand and seal of office.

SEE ATTACHED
NOTARIAL CERTIFICATE

NOTARY PUBLIC IN AND
FOR THE STATE OF _____

2015.02.2713



A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

# *JURAT*

State of California  
County of San Bernardino  } ss.

Subscribed and sworn to (or affirmed before me) on this 27TH day of FEBRUARY, 2015 by JOE H. HASBERRY,

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Natalie Diaz B._  
Signature

> NATALIE NICOLE BEAUDIN  
> Commission # 2054106  
> Notary Public - California  
> San Bernardino County  
> My Comm. Expires Jan 3, 2018

Notary Seal

### OPTIONAL NFORMATION

Description of Attached Document CAUSE NUMBER: 2015-DCV-0037  
AFFIDAVIT OF SERVICE.

Number of Pages 2nd pg  
Document Date 2/27/2015

Right Thumbprint of Signer (Optional)

