UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| OMAR HERNANDEZ, IVAN GERARDO VALDIVIEZO<br><br>vs.<br><br>MN LOGISTICS, INC., CLARENCE GUY | §<br>§<br>§   NO:  EP:15-CV-00079-PRM<br>§<br>§<br>§<br>§ |

ORDER SETTING DOCKET CALL

On this day, the Court sets the above-captioned cause for docket call. All parties who have entered an appearance in this cause must attend, either through counsel or *pro se*.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **SET** for **DOCKET CALL** in Courtroom Number 622, on the Sixth Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas on **November 10, 2015 at 10:00 a.m. (MST)**.

**SIGNED** this **29th day of September, 2015** .

_____
PHILIP R MARTINEZ
UNITED STATES DISTRICT JUDGE