IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| OMAR HERNANDEZ and IVAN GERARDO VALDIVIEZO,<br>    Plaintiffs, | §<br>§<br>§<br>§ | |
| v. | § | EP-15-CV-79-PRM |
| | § | |
| MN LOGISTICS, INC. and CLARENCE GUY,<br>    Defendants. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

On this day, the Court dismissed the above-captioned cause. The Court now enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this **29th day** of **December, 2015**.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE